158 A.3d 643

**Jose M. FELICIANO, Appellant**

**v.**

**Dorina VARNER, Chief Grievance Officer, Pa. Dept. of Corr., Rhonda House, SCI–Fayette, Grievance Coordinator, Brian V. Coleman, Superintendent SCI–Fayette, and Hon. Kathleen Kane, Attorney General, Comm. of Pa., Appellees**

**No. 73 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: March 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of March, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED.**